United States District Court
Southern District of Texas
**ENTERED**
February 12, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIE EDWARD CHOICE, | § | |
| *Petitioner*, | § | |
| v. | § | CIVIL ACTION No. H-17-1432 |
| LORIE DAVIS, | § | |
| *Respondent*. | § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this civil action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas, on this the ___12th___ day of February, 2018.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE